UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.   5:26-cv-00117-MWC-SSC | Date: January 12, 2026 |
| Title:   Ehsan Mahalati-Shirazi v. Kristi Noem *et al.* | |

Present: The Honorable Michelle Williams Court, United States District Judge

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings: (In Chambers) Order SETTING Briefing Schedule as to Ex Parte Application for Temporary Restraining Order (Dkt. 3)**

Having reviewed Petitioner Ehsan Mahalati-Shirazi's ("Petitioner") Ex Parte Application for Temporary Restraining Order ("Application"), Dkt. # 3, filed on January 12, 2026, the Court **HEREBY ORDERS** as follows:

1. Petitioner may not be removed from the Central District of California pending further order of the court.  Respondents are **CAUTIONED** that sanctions may be imposed if respondents take any action impairing petitioner's ability to obtain complete relief.

2. Respondents shall file an opposition no later than close of business on Thursday, January 15, 2026.

3. Petitioner shall file a reply no later than close of business on Monday, January 19, 2026.

4. Unless the court orders otherwise, petitioner's Application will be deemed submitted, without oral argument, on either:

   a. the day the opposition is filed, or due and not filed; or

   b. the day any reply to the opposition is filed, or due and not filed. The court may order further briefing or other proceedings, at any time, as appropriate.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:26-cv-00117-MWC-SSC                                     Date: January 12, 2026

Title:   Ehsan Mahalati-Shirazi v. Kristi Noem *et al.*

5. Petitioner's counsel shall forthwith provide notice of this Order to respondents and file a proof of service no later than 12 p.m. tomorrow, <u>January 13, 2026</u>.

**IT IS SO ORDERED.**

                                                                                          :
                                                        **Initials of Preparer**   TJ