UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ehsan Mahalati-Shirazi,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>Kristi Noem, et al.,<br><br>　　　　　　　Respondent(s). | Case No. 5:26-cv-00117-MWC-SSC<br><br>**ORDER REQUIRING RESPONSE TO PETITION (28 U.S.C. § 2241)** |

　　To facilitate the just, speedy, and inexpensive determination of this action, IT IS ORDERED:

　　1.　**No later than March 9, 2026, Respondent(s) shall file and serve either a motion to dismiss the petition or an answer.**

**Motion to Dismiss**

　　2.　If Respondent(s) contend(s) that the petition can be decided without the Court reaching the merits of any of Petitioner's claims, then Respondent(s) shall file a motion to dismiss. The motion to dismiss should not address the merits of Petitioner's claims, but rather shall be confined to the basis for the contention that dismissal without reaching

the merits of Petitioner's claims is warranted. If Respondent(s) contend(s) that Petitioner has failed to exhaust any administrative remedies as to any ground for relief alleged in the Petition, Respondent(s) shall specify the administrative remedies still available to Petitioner.[1] When the motion to dismiss is filed, Respondent(s) shall electronically lodge with the Court all records bearing on the contentions raised in the motion. Chambers copies of the records are not required.

    3.    If Respondent(s) file(s) a motion to dismiss, Petitioner must file an opposition to the motion, or a notice of non-opposition to the motion, no later than **April 8, 2026**. **If Petitioner believes that the petition is moot, Petitioner should seek dismissal in compliance with Rule 41 of the Federal Rules of Civil Procedure**. When filing an opposition, Petitioner should lodge with the Court any records not lodged by Respondent(s) that Petitioner believes may be relevant to the Court's determination of the motion. Petitioner's opposition shall be limited to responding to the facts or contentions raised in the motion to dismiss. The Court will not consider new grounds for habeas relief that Petitioner asserts for the first time in an opposition to a motion to dismiss. **Petitioner is advised that failure to file the required opposition or non-opposition to a motion to dismiss may be construed as consent to the granting of the motion and dismissal of the action. C.D. Cal. Local Civil Rule 7-12.**

---

[1] To the extent the petition includes any unexhausted claims, nothing prevents Petitioner from *immediately* exhausting them. Petitioner need not obtain any authorization from the Court or wait until Respondent(s) file(s) a motion to dismiss to attempt to exhaust any unexhausted claim asserted in the petition.

4. Respondent(s) may file a reply to Petitioner's opposition no later than **April 29, 2026**.  If the motion is denied, the Court will afford Respondent(s) adequate time to answer Petitioner's claims on the merits.

**Answer**

5. If Respondent(s) do(es) not contend that the petition can be decided without the Court reaching the merits of Petitioner's claims, or if Respondent(s) wish to argue in the alternative, then Respondent(s) shall file and serve an answer.  The answer must respond to all allegations in the petition.  When the answer is filed, Respondent(s) shall electronically lodge with the Court all records bearing on the merits of Petitioner's claims.  Chambers copies of the records are not required.

6. Petitioner may file a single reply responding to the answer no later than **April 8, 2026**.  **Petitioner is advised that failure to file a reply may result in the allegations of the answer being accepted as true pursuant to 28 U.S.C. § 2248.**

7. Any reply filed by Petitioner must (a) state whether Petitioner admits or denies each allegation of fact contained in the answer; (b) be limited to facts or arguments responsive to matters raised in the answer; and (c) not raise new grounds for relief that were not asserted in the petition.  Grounds for relief raised for the first time in the reply will not be considered unless the Court grants leave to amend the petition.  The reply may not be longer than 20 pages unless Petitioner obtains permission from the Court, for good cause shown, to file a longer reply.

**Requests for Extension of Time**

8.  A request for an extension of time within which to file any answer, motion, or reply will be granted only upon a showing of good cause and should be made in advance of the due date of the pleading. Any such request shall be accompanied by a declaration explaining why an extension of time is necessary.  **Where Respondent(s) file(s) an extension request, Respondent(s) shall include a proposed order granting the requested extension.  The proposed order shall state a date on which the brief at issue will become due upon the granting of an extension, as well as the revised due dates for any subsequent briefs by either party.**  Petitioner is not required to include a proposed order with a request for an extension.

9.  Unless otherwise ordered by the Court, this case shall be deemed submitted on the day after the deadline for Respondent(s) to file a reply to Petitioner's opposition to a motion to dismiss, or for Petitioner to file a reply to an answer.

**Submission of Documents**

10.  All documents concerning this case are to be addressed and submitted to the Clerk for filing.  Pursuant to Rule 83-2.5 of the Local Civil Rules for the Central District of California, the parties and their attorneys may not communicate with the Judge or her staff by letter.

11.  Every document delivered to the Court must include a certificate of service attesting that a copy of such document was served on opposing counsel (or on the opposing party, if such party is not represented by counsel).  Any document delivered to the Court without

4

1 | a certificate of service may be returned to the submitting party without
2 | consideration by the Court.
3 |     12.    Unless filing electronically, Petitioner shall submit one
4 | original of all documents filed with the Court.  If Petitioner wishes to
5 | receive a conformed copy, then Petitioner must submit one original and
6 | one copy of all documents filed with the Court.  The Clerk will not make
7 | photocopies of documents except for good cause shown.  Petitioner is
8 | reminded to sign all original documents.
9 |     13.    **Pursuant to Rule 41-6 of the Local Civil Rules for the**
10 | **Central District of California, Petitioner is obligated to keep the**
11 | **Court and Respondent(s) apprised of Petitioner's current**
12 | **address.  Petitioner shall immediately notify the Court and**
13 | **counsel for Respondent(s) of any change to Petitioner's address.**
14 | **Petitioner's failure to do so may result in the dismissal of this**
15 | **action for failure to prosecute and/or comply with court orders.**

DATED:  January 21, 2026

_____
HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE

5